MICHAEL B. COOPER (Bar No. 267457)
E-Mail: mcooper@mbeachlaw.com
MORGAN M. KENNEDY (Bar No. 290199)
E-Mail: mkennedy@mbeachlaw.com
YOFFE & COOPER, LLP
3713 Highland Ave., Suite 2
Manhattan Beach, California 90266
Telephone:  (310) 982-2699
Facsimile:   (877) 571-9810

Attorneys for Plaintiff TACSIS, LLC on behalf of Kent Limson, The Carole A. Machado Revocable Living Trust, Christina Catherine Walton Weston, Matthew M. Basco

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACSIS, LLC a California Limited Liability Company on behalf of KENT LIMSON, an individual; THE CAROLE A. MACHADO REVOCABLE LIVING TRUST; CHRISTINA CATHERINE WALTON WESTON, an individual; MATTHEW M. BASCO, an individual,<br><br>             Plaintiff,<br><br>      vs.<br><br>AGS ASSURETY, LLC a Nevada Limited Liability Company, ALL NET, LLC, a Nevada Limited Liability Company, JACKIE ROBINSON JR., an individual, TIMOTHY J. ARELLANO, an individual; and DOES 1 THROUGH 100 INCLUSIVE,<br><br>             Defendant. | **CASE NO.**  2:20-cv-01626 GW(ASx)<br><br>[HON. GEORGE H. WU]<br><br>**NOTICE OF ERRATA AND CORRECTION TO COMPLAINT**<br><br>Complaint Filed:  February 19, 2020<br>Answer Filed:  TBD |

1
**NOTICE OF ERRATA**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff TACSIS, LLC on behalf of KENT LIMSON, THE CAROLE A. MACHADO REVOCABLE LIVING TRUST, CHRISTINA CATHERINE WALTON WESTON and MATTHEW M. BASCO hereby respectfully submit this Notice of Errata to Complaint.

Due to an oversight, it was just discovered that the exhibits set forth below were omitted from the Complaint filed on February 19, 2020 and are attached hereto as Exhibit "1" and incorporated herein by reference.

**Exhibit "A"**: A true and correct copy of the Business Loan and Security Agreement for each of the seven (7) loans;

**Exhibit "B"**: A true and correct copy of the Financial Loan Guarantee Agreement for each of the seven (7) loans;

**Exhibit "C"**: A true and correct copy of the Default Notification;

**Exhibit "D"**: A true and correct copy of the Acknowledgement of Receipt of the Default Notice;

**Exhibit "E"**: A true and correct copy of the Memo of Understanding.

DATED: March 18, 2020  YOFFE & COOPER, LLP
　　　　　　　　　　　　　MICHAEL B. COOPER
　　　　　　　　　　　　　MORGAN M. KENNEDY


By: /s/ Morgan M. Kennedy
Attorneys for Plaintiff TACSIS, LLC on behalf of Kent Limson, The Carole A. Machado Revocable Living Trust, Christina Catherine Walton Weston, Matthew M. Basco