EXHIBIT "A"

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

AGS ASSURETY LLC

**Entity Number:**

E0441252018-6

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

09/19/2018

**NV Business ID:**

NV20181675299

**Termination Date:**

Perpetual

**Annual Report Due Date:**

9/30/2020

**Series LLC:**

☐

**Restricted LLC:**

☐

## REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

TIMOTHY J. ARELLANO

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

6955 N DURANGO DR SUITE 1115-339, LAS VEGAS, NV, 89149, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Manager | TIMOTHY J ARELLANO | 6955 N DURANGO DR, SUITE 1115-339, LAS VEGAS, NV, 89149, USA | 09/19/2018 | Active |

Page 1 of 1, records 1 to 1 of 1

Filing History    Name History    Mergers/Conversions

Return to Search   Return to Results